## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| GALEB MIZYED, | CASE NO. 23-04789 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

### OBJECTION TO CONFIRMATION OF THE PLAN

NOW COMES the Movant, NUMARK CREDIT UNION, by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. This case was filed on April 11, 2023. On April 11, 2023, Debtor filed a plan.

2. Movant, a secured party in interest, holds a note (or services a loan) secured by a mortgage on the real property located at 1753 W 79Th St, Chicago, IL 60620 dated December 9, 2017.

3. The total debt due the Movant is $40,161.92 as the loan matured on May 21, 2023, approximately one month after the filing of the bankruptcy case.

4. The Debtor's plan fails to provide for full payment of Movant's claim over the course of the plan.

5. The proposed plan impermissibly modifies the rights of Movant to receive all funds due it, thereby violating 11 U.S.C. §1322(b)(2) and 11 U.S.C. §1322 (b)(5).

6. Such violations render the plan unconfirmable as a matter of law.

WHEREFORE, NUMARK CREDIT UNION prays that confirmation of the plan be denied and for such other relief as the Court deems just.

        Respectfully submitted,

        __/s/ Michael N. Burke_____
        Attorney for NUMARK CREDIT UNION

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| GALEB MIZYED, | CASE NO. 23-04789 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

## ORDER DENYING CONFIRMATION OF THE PLAN

THIS CAUSE, coming on to be heard on the Objection to Confirmation of the Debtor's Plan filed by NUMARK CREDIT UNION, the Court having jurisdiction and being advised in the premises, and due notice having been given;

IT IS HEREBY ORDERED that confirmation of the plan is denied.

Dated:_____

Entered:_____
Bankruptcy Judge

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
23-099231