UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Galeb Mizyed<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 23-04789<br><br>Chapter: 13<br>Honorable Jacqueline P Cox |

## ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY GHALIA ABUARAB AND INFINITI PROPERITES, INC. AS REAL ESTATE BROKER

This matter having been presented to the Court pursuant to the Debtor's Application to Employ Ghalia Abuarab and Infiniti Properties, Inc. as Real Estate Broker, the Court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED that

1. The Application is granted as set forth herein; and

2. The Debtor is authorized to employ Ghalia Abuarab and Infiniti Properties, Inc., at the terms provided in the listing agreement appended to the Application.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 16, 2023

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602